UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   EDCV 15-1463-AG (JEM) | Date   November 30, 2015 |
| Title   Larry Dancy v. Calvin Johnson et al | |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On October 19, 2015, the Court issued a Memorandum and Order Dismissing Complaint with Leave to Amend by Reopening Case and Granting Leave to File First Amended Complaint by November 18, 2015.  Plaintiff was explicitly cautioned that failure to file a First Amended Complaint ("FAC") by the deadline set forth in the Court's Order of October 19, 2015, that a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

The November 18, 2015, deadline to file the FAC has passed, and no FAC has been filed.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order.  Plaintiff shall file a written response to this Order to Show Cause no later than **December 18, 2015**.[1]  Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

Filing of a First Amended Complaint consistent with the requirements of the Court's

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Order of October 19, 2015, shall be a satisfactory response to the Order to Show Cause.

No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

                                       :

Initials of Deputy Clerk  sa