# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LARRY DANCY,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. ED CV 15-01463 AG (JEM)<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation for Dismissal filed by the parties, IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety with prejudice; and

2. Each party shall bear their own costs, attorneys' fees and expenses.

Dated this 30th day of August, 2019.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE